# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JAMAR ROGERS, | ) | |
| | ) | 22 C 5270 |
| Plaintiff, | ) | |
| | ) | Judge Robert W. Gettleman |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| CLIFFORD MARTIN #18859, | ) | |
| GERALD JONES #15189, and | ) | |
| KAMEISHA BURNS #19841, Individually, | ) | |
| And the CITY OF CHICAGO, | ) | |
| a Municipal Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' UNOPPOSED MOTION TO STAY CIVIL PROCEEDINGS PENDING SETTLEMENT FINALIZATION

Defendants City of Chicago ("Defendant City"), and Chicago Police Officers Clifford Martin Jr. (hereinafter "Defendant Martin"), Gerald Jones (hereinafter "Defendant Jones"), and Kameisha Burns (hereinafter "Defendant Burns"), collectively "Defendant Officers" by and through one of their attorneys, Emily R. Bammel, Assistant Corporation Counsel, respectfully request the civil matter in whole be stayed pending settlement finalization. In support of their Motion, the Defendants state the following:

1. Plaintiff Jamar Rogers filed his Complaint on September 27, 2022. ECF Dkt. 1.

2. On December 29, 2022, Defendants agreed to settle the matter with Plaintiff for the demand requested. That same day, all necessary paperwork for completion of the settlement agreement between Plaintiff and Defendant City was sent to Plaintiff's counsel.

3. Due to the agreement of the parties to settle the matter outside of further court litigation, the Defendants respectfully request the civil proceedings be stayed pending finalization of settlement paperwork and the filing of a stipulation of dismissal.

4. The undersigned counsel for Defendants reached out to Plaintiff's counsel regarding the contents of this motion via email correspondence and phone on January 3, 2023. Plaintiff responded that they have no objection.

WHEREFORE, the Defendants respectfully request this honorable Court grant their motion to stay the civil proceedings pending final completion of the settlement agreement, and any other relief deemed fair and just.

Respectfully submitted,

*/s/ Emily R. Bammel*_____
Emily R. Bammel
Assistant Corporation Counsel

Michele M. McGee, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566 (FAX)
Emily.Bammel3@cityofchicago.org
Attorney No.: 6323600
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the included document by causing it to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, delivered by electronic means to the person named below at the address shown this  3rd  day of January 2023.

Gregory E. Kulis
GREGORY E. KULIS & ASSOCIATES, LTD
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
gkulis@kulislawltd.com